In the United States District Court

For the District of Rhode Island
(Form mailed January 30, 2008)

Brian Texeira

CA 08 42 S

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. ____________

A. T. Wall Et Al
Director of the Department of Corrections
~~For the State of Rhode Island~~

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits NONE

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☒ No ☐

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Sued State of Rhode Island under Morris Rules as in this case

1. Parties to this previous lawsuit

Plaintiffs: BRIAN TEXIERA

Defendants: A. T. Wall Director of Dept of Corrections of ACI SRI other employees

2. Court (if federal court, name the district; if state court, name the county):

Rhode Island Superior Court

3. Docket number: 07 - 0753

4. Name of judge to whom case was assigned: N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Pending

6. Approximate date of filing law suit: February 8, 2007

7. Approximate date of disposition: Pending

II. Place of Present Confinement: Rhode Island Adult Correctional Inst.

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☐

B. If your answer is YES:

1. What steps did you take? Made a complaint Laid out the facts as here presente

2. What was the result? Pending Morris Rules do not apply in Rhode Island

C. If your answer is NO, explain why not:

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Brian Texeira

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant A. T. Wall, Dir. of ACI is employed as Director of the Adult Correctional Inst. at the State of Rhode Island

C. Additional Defendants:

NONE

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

After being severely injuired with fractured jaw, inmate was placed in a cell for many days without being given immediate medical treatment, even though inmate complained to the guards of his pain and injury during this time. Employees of the Department of Corrections from January 26, 2004 and onward for many days.

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

Compensory damages for plaintiff with pain and suffering and permanent injury to jaw and punitive damages for willful and malicious refusal to afford him immediate medical help and for many days thereafter.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 29th day of January, 2008.

Earl F. Pasbach

Signature of ~~plaintiff~~ Attorney

Brian Texeira

By his Attorney,

Earl F. Pasbach, Esq.

94 Medway St., #3

Providence, RI 02906