**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Brian Texeira**
**Plaintiff**

**V.** **Case Number: C.A. 08-42S**

**A.T. Wall, Individually and in his Capacity as the Director of the Department of Corrections of the State of Rhode Island, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, A.T. Wall, Individually and in his Capacity as the Director of the Department of Corrections of the State of Rhode Island, et al against the Plaintiff, Brian Texeira pursuant to the Court's Text Order dated March 21, 2008 granting Defendant's Motion to Dismiss.**

**BY ORDER:**

**March 21, 2008** Karen Baldwell
**Date** **Deputy Clerk**